RECEIVED

AUG 1 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

KAY POWERS

VERSUS

BEACON CMP CORP., ET AL.

CIVIL ACTION NO. 6:16-638

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT

Plaintiff's motion to remand [Doc. 7] was referred to United State Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, consideration of the objections lodged, a telephone conference with counsel for all parties followed by supplemental briefing, and in light of the factual allegations set forth in plaintiff's first supplemental and amended complaint [Doc. 62][1], the Court concludes the Magistrate Judge's report and recommendation [Doc. 44] is correct and adopts the findings and conclusions therein as its own.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion to remand is **GRANTED**, and this lawsuit is remanded to the 15th Judicial District Court for Lafayette Parish, Louisiana.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___18___ day of August, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1]As discussed at the telephone conference, the Court found plaintiff's original complaint, filed in state court, to be inartfully pleaded for purposes of federal pleading requirements.